# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LAVONNIE JEAN MCMANUS, <br><br> Defendant. | **Case No. CR-16-26-GF-BMM** <br><br> **ORDER** |

Upon the unopposed motion of the United States, and for good cause shown, IT IS ORDERED that the Bureau of Prisons delay the reporting date of the defendant to the designated Bureau of Prisons facility to on or after January 9, 2017, in order for the defendant to testify at a sentencing, which is scheduled to take place on January 4, 2017.

DATED this 15th day of December, 2016.

_____
Brian Morris
United States District Court Judge